UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:98-00123 |
| ) | JUDGE KEVN H. SHARP |
| HENRY WILLIAM PITTS ) | |

# O R D E R

The Defendant, Henry William Pitts, shall appear before the Court on **Thursday, September 20, 2012, at 10:00 a.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE