
MOTION GRANTED
Kevin H. Sharp

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:98-cr-00123
    )
    )    JUDGE SHARP
HENRY WILLIAM PITTS    )

## MOTION TO WITHDRAW AS COUNSEL

Comes now the United States of America, by and through David Rivera, Acting United

States Attorney and through Hilliard H. Hester, Assistant United States Attorney, moves the

Court for permission to withdraw as counsel.  In support of this motion, the undersigned submits

that the above-captioned case is assigned to Harold Benton McDonough , Jr., Assistant United

States Attorney.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney


s/Hilliard H. Hester
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151