# United States District Court

| MIDDLE | District of | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | **(*REVOCATION OF SUPERVISED RELEASE*)** |
| | Case Number: 3:98-00123-01 |
| HENRY WILLIAM PITTS | USM Number: 15435-075 |
| | Mariah A. Wooten |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ pleaded guilty to violating the following conditions of supervised release:

**The defendant is adjudicated guilty of these violations:**

1. The Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. (At the May 30, 2013, supervised release violation hearing, Defendant was sentenced to time-served and was given specific instructions to contact the U.S. Probation Officer Burton Putnam by June 3, 2013. The Defendant failed to report that day as instructed, failed to submit a truthful and complete written report within the first five days of each month, and has not had any further contact with the probation office.)

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ are dismissed on motion of the United States.

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in economic circumstances.

January 24, 2014
Date of Imposition of Judgment

*Kevin H. Sharp*
Signature of Judge

Kevin H. Sharp, U.S. District Judge
Name and Title of Judge

February 7, 2014
Date

DEFENDANT: HENRY WILLIAM PITTS
CASE NUMBER: 3:98-00123-01

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four months.**

_____ The court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ _____ a.m. _____ p.m. on _____

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before 2 p.m. on

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL

DEFENDANT: HENRY WILLIAM PITTS
CASE NUMBER: 3:98-00123-01

# SUPERVISED RELEASE

**Upon release from imprisonment, the Defendant shall not be placed on any further term of supervised release**.

Judgment – Page 3 of 3

DEFENDANT: HENRY WILLIAM PITTS
CASE NUMBER: 3:98-00123-01

# SUPERVISED RELEASE